In the Matter of the Claim of BERNARD S. BOGDANOWICZ, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order *nunc pro tunc* to appoint Walter J. McMahon, Esq., as attorney for the claimant-respondent and fixing his fees and disbursements. Motion granted *nunc pro tunc* as of November 17, 1958 and Walter J. McMahon, attorney at law, is hereby appointed to represent the claimant-respondent herein, and his fees are hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $50. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

FAY O'H. MILLIGAN, an Infant, by RAYMOND W. O'HARA, Her Guardian ad Litem, Appellants, v. JOCK G. CARRIER, Defendant and CARL N. KING, Respondent. RAYMOND W. O'HARA, Appellant, v. JOCK G. CARRIER, Defendant, and CARL N. KING, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before December 15, 1959 and are ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

PRESTON GILES, Plaintiff, v. LUCY ESPOSITO et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

LEILA GILES et al., Plaintiffs, v. LUCY ESPOSITO et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of LEOPOLD R. HAAS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to modify the order of this court entered October 6, 1959 so as to extend the time of appellant to file and serve record and brief. Motion granted and appeal reinstated, upon condition that appellant perfect his appeal and file note of issue and file and serve his record and brief and be ready for argument at the January 1960 Term of this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of BENJAMIN FISHMAN, Respondent, against IRVING BOYARSKY et al., Doing Business as BAYARD MOTOR CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of JOHN A. URBANCIK, Respondent, against ROSEMAN ESTATES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

AMERICAN ASSOCIATES ENTERPRISES, INC., Plaintiff, v. BENJAMIN UNGERMAN et al., Defendants.— Motion to dismiss appeal granted, without costs, unless appellant files note of issue, perfects appeal, files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.